# DEVITT SPELLMAN BARRETT, LLP
## ATTORNEYS AND COUNSELLORS AT LAW
50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Smithtown address)

WILLIAM J. BARRETT
KEVIN M. SPELLMAN
JOHN M. DENBY
FRANCIS J. TIERNEY
DAVID S. PALLAI
DAVID H. ARNTSEN
KENNETH M. SEIDELL
NICHOLAS M. BRINO
STEPHAN D. TRACE
KELLY E. WRIGHT

JOHN M. SHIELDS
ANNE C. LEAHEY

Retired
JOSEPH P. DEVITT

CHARLES W. BORGHARDT
JOSHUA S. SHTEIERMAN
DANIEL L. ADAMS
BRIAN J. McCALL
JESSE D. RUTTER
STEPHANIE KASS

Of Counsel
THOMAS J. SPELLMAN, JR.
JELTJE de JONG
STEFANIE AFFRONTI
DEBORAH C. ZACHARY
EILEEN M. O'NEILL
ROGER E. SIEGEL
EMMANUEL KOSSARIS
GEORGE FREITAG

May 26, 2015

Honorable Joan M. Azrack
United States District Court Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: Cooper v. Town of Southampton
Docket No. CV 14-1820

Dear Judge Azrack:

This office represents the Town of Southampton and the Town of Southampton Police Department in the referenced matter. We are writing to request that all motion papers for defendants' motion for summary judgment be filed under seal.

As the Court is aware, the Confidentiality Agreement that the parties entered into provided that certain documents be deemed "Confidential" or "Confidential – Attorneys Only." The Confidentiality Agreement further provides at paragraph 10 that the parties may make an application to have the documents filed under seal of the Court where they include litigation materials designated as "Confidential" or "Confidential Attorney Eyes Only," or quote from or reference such materials.

In view of the fact that the parties' respective voluminous submissions include numerous confidential documents and references to and/or quotations from those documents, it is respectfully requested that the Court permit the filing of the motion papers under seal.

_____

Re: <u>Cooper v. Town of Southampton</u>
Docket No. CV 14-1820

Thank you for the courtesies extended herein.

                Respectfully submitted,

                DEVITT SPELLMAN BARRETT, LLP

                /S/
                David H. Arntsen, Esq.

CC: Law Offices of Peter S. Smith
      (VIA ECF)