UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
NATHANIEL COOPER,

                         Plaintiff,          NOTICE OF MOTION

                                        Docket No. 14-1820
  - against -                                (JMA) (AKT)

THE TOWN OF SOUTHAMPTON,
THE SOUTHAMPTON TOWN POLICE DEPARTMENT
and "JOHN DOE," a person or firm whose name
is currently unknown,

                        Defendants.
--------------------------------------------------------------------------X

| | |
|---|---|
| MOTION BY: | Defendants THE TOWN OF SOUTHAMPTON AND THE SOUTHAMPTON TOWN POLICE DEPARTMENT |
| DATE AND TIME RETURNABLE: | Pursuant to the Court's briefing schedule, Defendants' summary judgment motion is required to be served by April 24, 2015, Plaintiff's opposition is to be served by May 15, 2015; and defendants' reply is to be served, and all papers are to be filed with the Court, by May 26, 2015. |
| PLACE OF HEARING: | United States District Court, Eastern District of New York located at the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722. |
| SUPPORTING PAPERS: | Declaration by David H. Arntsen dated April 24, 2015, with attached exhibits; pleadings; Defendants' Rule 56.1 Statement dated April 24, 2015; and Defendants' Memorandum of Law in Support of Motion for Summary Judgment. |
| RELIEF DEMANDED: | (A) An order granting defendants' motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure; |

      (B) Such other and further relief as this Court deems just and proper.

Dated: Smithtown, New York
    April 24, 2015

            Respectfully submitted,

            DEVITT SPELLMAN BARRETT LLP

            _____/S/_____
            By:  DAVID H. ARNTSEN
            Attorneys for Defendants
            50 Route 111
            Smithtown, New York 11787
            (631) 724-8833

TO: LAW OFFICES OF PETER S. SMITH
    Attorneys for Plaintiff
    389 Fort Salonga Road, Ste. 2
    Northport, New York 11768